FORM CACB (od13vdrr VAN–156)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
John G Rael

**BANKRUPTCY NO.** 2:14–bk–14046–WB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–7926
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 4/28/14

**Address:**
4121 Norse Way
Long Beach, CA 90808

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)   debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: April 28, 2014

BY THE COURT,
**Julia W. Brand**
United States Bankruptcy Judge

(Form od13vdrr VAN–156) (03/09)                                                                                                                    **30 / WCK**