United States Bankruptcy Court
Central District of California

In re:  
John G Rael  
    Debtor

Case No. 14-14046-WB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Apr 28, 2014  
                   Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2014.  
db         +John G Rael,    4121 Norse Way,    Long Beach, CA 90808-1532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2014 at the address(es) listed below:  
         Joely Khanh Linh Bui    on behalf of Creditor    NATIONSTAR MORTGAGE LLC wdk@wolffirm.com,  
          joely.bui@wolffirm.com  
         Joely Khanh Linh Bui    on behalf of Interested Party    Courtesy NEF wdk@wolffirm.com,  
          joely.bui@wolffirm.com  
         Nancy K Curry (TR)    ecfnc@trustee13.com  
         Russel T Little    on behalf of Creditor    Scott Chasin, Trustee rtl@rustylegal.com  
         Ryan M Davies    on behalf of Interested Party    Courtesy NEF rdavies@amslca.com,    bnc@amslca.com  
         Tyson Takeuchi    on behalf of Debtor John G Rael albert@tysonfirm.com,  
          tysoncourtnotices@gmail.com  
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                            TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Law Offices of Russel T. Little, apc<br>Russel T. Little, Esq. [153596]<br>185 West F St., Ste. 100<br>San Diego, CA 92101<br>Telephone: (619) 232-2330<br>Facsimile: (619) 232-4916<br>Email: rtl@rustylegal.com<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 28 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>Los Angeles</u>  DIVISION**

| In re:<br><br>John G. Rael,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-14046-WB<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: April 22, 2014<br>TIME: 10:00 A.M.<br>COURTROOM: 1375<br>PLACE: U.S. Bankruptcy Court<br>255 E. Temple St.<br>Los Angeles, CA 90012 |
|---|---|

Movant:   Scott Chasin, Trustee of the SBC Trust and the Haley Chasin Trust ,its successors and/or assigns

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                              Page 1                                              **F 4001-1.ORDER.RP**

    Street address:          3286 Josephine St.   ,
    Unit number:
    City, state, zip code:   Lynwood, CA 90206

Legal description or document recording number (including county of recording):

☒ See attached page.

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (*specify*): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☒ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☒ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*           Page 2           **F 4001-1.ORDER.RP**

10. This court further orders as follows:

   a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
   b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
   c. ☐ See attached continuation page for additional provisions.

###

Date: April 28, 2014

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*  Page 3  **F 4001-1.ORDER.RP**

ORDER NO. : 2614003347-70

# EXHIBIT A

The land referred to is situated in the County of Los Angeles, City of Lynwood, State of California, and is described as follows:

The Northeastt 120 feet of Lot 692 of Tract No. 2992, in the City of Lynwood, County of Los Angeles, State of California, as per map recorded in Book 30 Page(s) 78 of Maps, in the Office of the County Recorder of said County.

Except the westerly 45 feet thereof.

Page 1 of 1