United States Bankruptcy Court
Central District of California

In re:
John G Rael
    Debtor

Case No. 14-14046-WB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: wkaaumoan     Page 1 of 1     Date Rcvd: Apr 28, 2014
                     Form ID: van156     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2014.
```
db          +John G Rael,    4121 Norse Way,    Long Beach, CA 90808-1532
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
34949372     Equifax,    PO Box 144717,    Orlando, FL 32814-4717
34949373     Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
34949374    +Experian,    NCAC,    PO Box 9556,    Allen, TX 75013
34949375     Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
34949376    +Fci,   8181 E. Kaiser Blvd,    Anaheim, CA 92808-2214
35139577     NATIONSTAR MORTGAGE, LLC,    Attn: Bankruptcy Department,    PO Box 630267, Irving, TX 75063,
               With copy to WPR, BK Services,   2001 Western Ave #400, Seattle, WA 98121
34949382    +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
               Chicago, IL 60661-3631
34949383     Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Apr 29 2014 02:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Apr 29 2014 02:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
34949371    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 29 2014 02:29:34
               Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
35096875     EDI: CALTAX.COM Apr 29 2014 02:23:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
               PO BOX 2952,    SACRAMENTO CA 95812-2952
34949377     EDI: CALTAX.COM Apr 29 2014 02:23:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA 95812-2952
34949378     EDI: IRS.COM Apr 29 2014 02:23:00      Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114-0326
34949379    +EDI: CBSKOHLS.COM Apr 29 2014 02:23:00      Kohls/Cap One,    Po Box 3115,
               Milwaukee, WI 53201-3115
34949380    +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 29 2014 02:29:10      Nco Financial Systems,
               507 Prudential Rd,    Horsham, PA 19044-2368
34949381     E-mail/Text: bankruptcydepartment@ncogroup.com Apr 29 2014 02:29:10      Osi Collection,
               400 Lakeside Dr Ste 200,    Horsham, PA 19044-2317
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
cr           NATIONSTAR MORTGAGE LLC
cr           Scott Chasin, Trustee
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2014            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2014 at the address(es) listed below:
```
              Joely Khanh Linh Bui    on behalf of Creditor    NATIONSTAR MORTGAGE LLC wdk@wolffirm.com,
               joely.bui@wolffirm.com
              Joely Khanh Linh Bui    on behalf of Interested Party    Courtesy NEF wdk@wolffirm.com,
               joely.bui@wolffirm.com
              Nancy K Curry (TR)    ecfnc@trustee13.com
              Russel T Little    on behalf of Creditor    Scott Chasin, Trustee rtl@rustylegal.com
              Ryan M Davies    on behalf of Interested Party    Courtesy NEF rdavies@amslca.com, bnc@amslca.com
              Tyson Takeuchi    on behalf of Debtor John G Rael albert@tysonfirm.com,
               tysoncourtnotices@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

FORM CACB (od13vdrr VAN–156)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
John G Rael

**BANKRUPTCY NO.** 2:14–bk–14046–WB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–7926
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 4/28/14

**Address:**
4121 Norse Way
Long Beach, CA 90808

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)   debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: April 28, 2014

BY THE COURT,
**Julia W. Brand**
United States Bankruptcy Judge

(Form od13vdrr VAN–156) (03/09)

**30 / WCK**